No. 593. PORTER, ADMINISTRATRIX *v.* ST. LOUIS-SAN FRANCISCO RAILWAY Co. Sup. Ct. Miss. Certiorari denied. *Frank E. Everett, Jr.,* for petitioner. *C. R. Bolton, E. D. Grinnell,* and *W. W. Dalton* for respondent.

No. 594. LEGAL INTEGRITY PRESERVATION SOCIETY, INC., ET AL. *v.* MURPHY ET AL. C. A. D. C. Cir. Certiorari denied. *Irvin Lechliter* for petitioners. Respondent *Eugene X. Murphy, pro se.*

No. 599. PHOENIX TITLE & TRUST Co., NOW TRANS-AMERICA TITLE INSURANCE Co. *v.* MARKEL. Sup. Ct. Ariz. Certiorari denied. *Carl W. Divelbiss* for petitioner. *Leven B. Ferrin* for respondent.

No. 600. ARCHITECTURAL MODELS, INC. *v.* NEKLASON ET AL., DBA SCALE MODELS UNLIMITED. C. A. 9th Cir. Certiorari denied. *James M. Naylor, Frank A. Neal,* and *Karl A. Limbach* for petitioner. *Edward B. Gregg* for respondents.

No. 601. HOWIE *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied. *Esther M. Stevens* for petitioner. *Elliot L. Richardson,* Attorney General of Massachusetts, *Ruth I. Abrams* and *Willie Davis,* Assistant Attorneys General, and *John J. Droney* for respondent.

No. 604. STILLEY *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Byron N. Scott* for petitioner. *Solicitor General Griswold* for the United States.

No. 607. CRIBB *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *J. Sewell Elliott* for petitioner. *Solicitor General Griswold* for the United States.